# UNITED STATES DISTRICT COURT
for the

_____Middle_____ District of _____Pennsylvania_____

**FILED
HARRISBURG, PA
NOV 29 2017**
PETER ~~WELSH~~
Per ~~[illegible]~~, CLERK

United States of America
v.
Ngai Eric Hickman

)
)  Case No: 1:CR-10-267
)
)  USM No: 69555-067
)
Date of Original Judgment: 05/06/2011  )
Date of Previous Amended Judgment: _____  )  Pro Se
*(Use Date of Last Amended Judgment if Any)*       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/29/17

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Christopher C. Conner, Chief United States District Judge
*Printed name and title*